466 A.2d 719

Commonwealth v. Gyle, Appellant.

Submitted July 26, 1983. Clement E. Kisailus, for appellant; Robert J. Gillespie, Jr., District Attorney, Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.

466 A.2d 719

Commonwealth v. Holcombe, Appellant.

Submitted July 26, 1983. Peter T. Campana, for appellant; Kenneth D. Brown, District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Order affirmed.